BLANCHE LOESING, as Administratrix, etc., of ALBERT LOESING, Deceased, Appellant, v. T. I. McCORMACK TRUCKING Co., INC., Also Known as T. W. McCORMACK TRUCKING Co., INC., Respondent, and WALTER J. CALHOUN, Defendant.— In an action to recover damages for the death of the plaintiff's intestate through the negligence of the respondent, judgment dismissing the complaint reversed on the law and the facts and a new trial granted, costs to abide the event. In the opinion of this court, the evidence presented a question of fact for the jury. (*Hart* v. *Hudson River Bridge Co.*, 80 N. Y. 622.) Hagarty, Davis, Adel, Taylor and Close, JJ., concur.

WILLIAM MACY and EMANUEL M. SPIEGEL, Doing Business under the Firm Name of MACY & SPIEGEL, Appellants, v. JAMES GOLDBERG, Respondent.— Order denying plaintiffs' motion to dismiss the counterclaim contained in the amended answer on the ground that it fails to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to reply to the counterclaim within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.